```
 1
 2
 3
 4
 5
 6
 7
 8                      UNITED STATES DISTRICT COURT
 9                     CENTRAL DISTRICT OF CALIFORNIA
10
11  MARVIN LEWIS TUGGLE,          )   NO. CV 18-9284-SVW(E)
                                  )
12            Plaintiff,          )
                                  )
13       v.                       )   ORDER ACCEPTING FINDINGS,
                                  )
14  C. DUNCAN, E. VIDES,          )   CONCLUSIONS AND RECOMMENDATIONS
                                  )
15            Defendants.         )   OF UNITED STATES MAGISTRATE JUDGE
    _____ )
16
17
```

    Pursuant to 28 U.S.C. section 636, the Court has reviewed the Second Amended Complaint, all of the records herein and the attached Report and Recommendation of United States Magistrate Judge. Further, the Court has engaged in a _de novo_ review of those portions of the Report and Recommendation to which any objections have been made. The Court accepts and adopts the Magistrate Judge's Report and Recommendation.

    IT IS ORDERED that Judgment shall be entered dismissing the action without prejudice.

///

IT IS FURTHER ORDERED that the Clerk serve forthwith a copy of this Order, the Magistrate Judge's Report and Recommendation and the Judgment of this date on Plaintiff and counsel for Defendants.

DATED: _____March 25_____, 2020.

_____
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE