JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARVIN LEWIS TUGGLE, | NO. CV 18-9284-SVW(E) |
| Plaintiff, | |
| v. | JUDGMENT |
| C. DUNCAN, E. VIDES, | |
| Defendants. | |

IT IS ADJUDGED that the action is dismissed without prejudice.

DATED: _____March 25_____, 2020.

_____
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE